IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**SOPHIA SMITH**,
individually and on behalf
of all others similarly situated,

            Plaintiff,

                          Case No. 22-cv-565-wmc

    v.

**KDM ANCHOR, INC., d/b/a ANCHOR,**

           Defendant.

---

## JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT

    "Representative Plaintiff," participating "Opt-In Plaintiffs,"[1] and Defendant, by and through their undersigned Counsel, hereby move the Court for an Order approving settlement of this Lawsuit as follows:

    1.    Approving the Settlement Agreement and Release of Claims ("Settlement Agreement"), adjudging its terms to be fair, reasonable, and adequate, and directing consummation of its terms and provisions;

    2.    Approving and awarding Class Counsel costs and attorneys' fees in the total amount of $50,833.33;

    3.    Approving settlement amounts to be paid to Representative Plaintiff and the Opt-In Plaintiffs, as detailed in Exhibit A to the Settlement Agreement, filed herewith, subject to the Opt-In Plaintiffs' ability to file timely and valid requests for exclusion, as set forth in Section 5 of the Settlement Agreement, and

---

[1] Quoted terms are defined in Section 1 of the parties' Settlement Agreement, filed as Dkt. # 39.

subject to Defendant's ability to exercise its Early Payment option, as set forth in Section 3 of the Settlement Agreement;

4. Dismissing Representative Plaintiff and the Opt-In Plaintiffs' (aside from those filing timely and valid requests for exclusion as outlined in the Settlement Agreement) FLSA claims in this lawsuit on the merits *with prejudice*, and barring and permanently enjoining, to the fullest extent of applicable law, Representative Plaintiff and the Opt-In Plaintiffs from pursuing any claims that were released against Defendant, as set forth in Sections 6 and 7 of the Settlement Agreement; and

5. Dismissing all other claims in this Lawsuit *without prejudice*.

For the reasons outlined in the memorandum of law filed herewith, the parties believe the Settlement Agreement provides for a fair resolution of the disputes between the parties and respectfully request that the Court grant approval of the settlement.

Respectfully submitted this 29th day of March, 2024.

        **HAWKS QUINDEL, S.C.**
        *Attorneys for Plaintiff*

        By: */s/ David C. Zoeller*
        David C. Zoeller, State Bar No. 1052017
        Email: dzoeller@hq-law.com
        Natalie L. Gerloff, State Bar No. 1117798
        Email: ngerloff@hq-law.com
        Connor J. Clegg, State Bar No. 1118534
        Email: cclegg@hq-law.com
        Post Office Box 2155
        Madison, WI 53701-2155
        Telephone: (608) 257-0040

**AXLEY BRYNELSON, LLP**
*Attorneys for Defendant*

By: */s/ Lori M. Lubinsky*
Lori M. Lubinsky, State Bar No. 1027575
Email: llubinsky@axley.com
P.O. Box 1767
Madison, WI 53701-1767
Telephone: (608) 257-5661

3