IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**SOPHIA SMITH,**
individually and on behalf
of all others similarly situated,

        Plaintiff,

        Case No. 22-cv-565-wmc

v.

**KDM ANCHOR, INC., d/b/a ANCHOR,**

        Defendant.

---

### ORDER GRANTING COURT APPROVAL OF SETTLEMENT

This matter having come before this Court upon the parties' Joint Motion for Court Approval of Settlement, having found that the Settlement Agreement is fair and reasonable, IT IS HEREBY ORDERED THAT:

1. The parties' Joint Motion for Court Approval of Settlement is GRANTED;

2. Representative Plaintiff and the Opt-In Plaintiffs' (aside from those filing timely and valid requests for exclusion as outlined in the Settlement Agreement) claims brought under the Fair Labor Standards Act are DISMISSED *with prejudice* and without costs to any party; and

3. All other claims raised in this matter are DISMISSED *without prejudice*.

Dated this 13th day of June, 2024.

By: _____
Honorable Judge William M. Conley
U.S. District Court, Western District of Wisconsin