IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SOPHIA SMITH,

Plaintiff,

v.

KDM ANCHOR, INC,
d/b/a ANCHOR,

Defendant.

ORDER

22-cv-565-wmc

---

Pending before the court are plaintiff's motion for entry of judgment (dkt. #44) and defense counsel's motion to withdraw (dkt. #47). Defendant KDM Anchor, Inc. has now responded that it does not object to either motion and further that it went out of business on December 29, 2025, leaving it with no assets or value. (Dkt. #49.)

Accordingly, IT IS ORDERED that:

1. Attorney Lori Lubinsky's motion for leave to withdraw as counsel for defendant (dkt. #47) is GRANTED.
2. Plaintiff's motion for entry of judgment in the amount of $87,500.00 (dkt. #44) is GRANTED.

Entered this 27th day of October, 2026.

BY THE COURT:

WILLIAM M. CONLEY
District Judge